UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CROWTON,

       Plaintiff,

v.

       Case No. 4:14-cv-11364
       District Judge Linda V. Parker
       Magistrate Judge Anthony P. Patti

US ARMY-TANK-AUTOMOTIVE
AMAMENT COMMAND, *et al.*,

       Defendants.

_____/

## ORDER REQUIRING A JOINT STATUS REPORT

On May 1, 2015, District Judge Linda v. Parker entered an Order for production of text messages. (DE 23.) Specifically, she ordered Plaintiff to provide the name(s) of her cell phone provider(s) for the relevant time period and sign a release permitting the production of Plaintiff's text messages during that time. (Id. at ¶ 1.) Defendant was then ordered to serve a subpoena and Plaintiff's release on all identified providers and direct production of the text messages to my chambers for an *in camera* review. (Id. at ¶ 2.) To date, no such documents have been forwarded to my chambers. The parties are hereby **ORDERED** to provide a

joint report on the status of this action as it relates to Judge Parker's May 1, 2015 Order **ON OR BEFORE JUNE 30, 2015.**

**IT IS SO ORDERED.**

Dated: June 15, 2015                    s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 15, 2015, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti
                                        (313) 234-5200